**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

04/01/2019

JULIA C. DUDLEY CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IN THE MATTER OF THE SEARCH OF:

FACEBOOK USER ID:

JOSHUA.BLESSED.9

Case No. 3:19-mj-00021

**Filed Under Seal**

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A WARRANT TO SEARCH AND SEIZE

I, Dino P. Cappuzzo, being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I am a Task Force Officer of the United States Department of Justice, Federal Bureau of Investigation ("FBI") and have been so employed since September 2016. I am assigned to the Richmond Field Office, Charlottesville Resident Agency, located in Charlottesville, Virginia. My principal duties include the investigation of, among other matters, domestic and international terrorism and threats to the National Security of the United States.

2.      I am a sworn law enforcement officer with the Virginia Department of State Police, Bureau of Criminal Investigation, and have been so employed for 22 years. Additionally, I am a Task Force Officer, deputized as a Deputy United States Marshal as a member of the Federal Bureau of Investigation's Joint Terrorism Task Force in Charlottesville, Virginia. I am charged with the duty of investigating violations of the Laws of the United States as stated in Title 28, Federal Code of Regulations, and to seek and execute arrest and search warrants supporting a Federal Task Force under Title 18 Authority.

1

3.    I make this affidavit in support of an application by the United States of America for a warrant to search and seize evidence associated with **FACEBOOK USER ID: JOSHUA.BLESSED.9, DISPLAY NAME: JOSHUA BLESSED**, as further described in Attachment A.

4.    Based on the information below, I submit there is probable cause to believe the aforementioned Facebook account will contain evidence, as more fully identified in Attachment B, of violations of federal law, including, but not limited to, Title 18, United States Code, Section 2385 (Advocating Overthrow of U.S. government), Title 18, United States Code, Section 875(c) (Threats in Interstate Commerce) and Title 18, United States Code, Section 373 (Solicitation to Commit a Crime of Violence.)

5.    Through training and experience, the affiant has knowledge that domestic terrorists and persons affiliated with militia extremist groups and/or conspirators will utilize cell phones, and other electronic devices, electronic mail ("E-mail"), and social media to conduct their illegal activity and maintain contact with other confederates, conspirators and criminal associates involved with the planning, targeting, and execution of their political or social goals to include, but not limited to, espousing violence. The Affiant bases this affidavit upon personal knowledge and observations made during the course of this investigation, information conveyed to me by other law enforcement officers assigned to this investigation, and upon my personal review of records, documents, and items lawfully obtained by third parties. This affidavit is not intended to include each and every fact known to me or the other investigating agencies, nor does it reflect all the evidence developed during the course of the investigation. Instead, the Affiant has set forth sufficient information to establish probable cause for the issuance of the requested search warrant.

2

Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part.

## RELEVANT STATUTES

6.     Title 18, United States Code, Section 2385, provides that "Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof....by force or violence" shall be guilty of a federal offense. Title 18, United States Code, Section 875(c), provides that "Whoever transmits in interstate or foreign commerce any communication containing . . . any threat to injure the person of another" shall be guilty of a federal offense. Title 18, United States Code, Section 373 provides that "Whoever, with intent that another person engage in conduct constituting a felony that has an element the use, attempted use, or threatened use of physical force against property or against the person of another in violation of the laws of the United States..." shall be guilty of a federal offense.

## JURISDICTION

7.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## BACKGROUND

8.     On April 10, 2018, a complainant contacted the FBI Public Access Line (PAL) Unit to report threatening communications directed towards the complainant and the organization the

of which complainant is a member: the United Patriots. The complainant stated he is a founding member of the United Patriots, a pro-Second Amendment group located in the Northern Virginia area, and that he also writes for "Ammoland," a gun enthusiast magazine. The complainant advised that he began receiving communications from a person identifying themselves as JOSHUA BLESSED. At first, BLESSED offered to perform membership recruitment for United Patriots. However, in a subsequent communication, BLESSED told the complainant that he was recruiting for new members of his "army of God, for the upcoming civil war." The complainant stated that in the communication, BLESSED said he would burn in hell and he would die and that he was a "worshipper of the beast" because the complainant refused to join BLESSED's "holy militia." The complainant stated that BLESSED was specifically attempting to recruit him and other members of the United Patriots in order to "join an army to fight a civil war." The complainant affirmed during an interview with your affiant that BLESSED was definitely attempting to recruit for a militia. The complainant rebuked BLESSED and expressed no interest in such an endeavor, at which time BLESSED'S communications became increasingly threatening, such as emails received from BLESSED in which BLESSED told the complainant "You shall die," and if the complainant refused to join his militia, then he was "like everyone else, a worshipper of the beast." The complainant advised BLESSED also made statements such as "Civil war is coming to the United States," and "You will burn in hell for worshipping the beast," or "You shall die and descend into hell." The complainant blocked BLESSED's Twitter account, but the United Patriots were still receiving random emails from him causing alarm and concern for the complainant and their organization.

4

## PROBABLE CAUSE

9.     On October 31, 2018 your affiant spoke to a National Security Administration (NSA) Police Officer, herein after referred to as Witness 1 (W-1), who had an encounter with an individual believed to be BLESSED on October 17, 2018. W-1 told your affiant that, on that date, he was off duty and in plain clothing and visiting a firearms range maintained by the U.S. Forest Service in the National Forest just off of Rt. 33 near Brandywine, WVa. W-1 said he was firing a .22 rifle that he was having problems with that evening and was preparing to leave when he was approached by another man who was also using the range. W-1 said the man introduced himself as "Josh." Your affiant, with additional information provided by W-1, was able to confirm the man was in fact JOSHUA BLESSED. W-1 said BLESSED asked him if he could assist him with sighting in a rifle because he was having difficulty doing it alone. W-1 observed BLESSED was using an expensive Arsenal brand AK-47 semi-automatic rifle. He said BLESSED had a very thick accent, which he later confirmed to be Russian. While assisting BLESSED with sighting in his rifle, W-1 noticed the rifle was equipped with an expensive thermal night sight and an additional daytime sight mounted on the side. W-1 said he believed the thermal sight alone was probably worth $6,000 and it was not something he commonly would see among firearms enthusiasts. He also stated that the Arsenal AK-47 rifle was likely valued at approximately $2,000 and is one of the most expensive AK-47 rifles on the market. W-1 said BLESSED told him he was originally from Russia and was a former member of the Russian military. He said BLESSED told him he emigrated to the U.S. approximately 20 years ago, initially residing in Los Angeles, California where he claimed to have worked for the U.S. Marshals Service as an interpreter. W-1 became alarmed when BLESSED began to tell him that God, or "Yahweh" had spoken to him and told him to prepare for the coming civil war. He said BLESSED told him the U.S. government

5

was passing laws and taking away the people's rights in small increments, until it reaches a point when the people will have no rights and that the police and politicians were wicked men and "Satan's servants" and the people must prepare to fight.

10. W-1 observed that BLESSED was also carrying a Glock semi-automatic pistol on his hip in a holster and that BLESSED said he only carries a Glock because all of the police in the U.S. carry Glocks and if he were ever to get into a firefight with the police, he could kill the police officer and take his ammunition. He said BLESSED told him he always carries his Glock and an additional AK-47 in the front seat of his car in order to prepare to do what is necessary. W-1 said BLESSED took him over to his vehicle and showed him additional weapons he possessed. W-1 said BLESSED had a second Arsenal AK-47 in the front seat; a Barrett bolt-action, magazine fed rifle chambered for .338 Laupa; and a .50 caliber BMG bolt-action, single shot rifle. W-1 said he also observed approximately 6,000 rounds of ammunition for the AK-47's and several thousand rounds of 9 mm ammunition. He said BLESSED showed him a single .338 round that appeared to be solid copper. BLESSED said the round was capable of penetrating Level IIIA body armor, which is typically worn by most law enforcement. W-1 said BLESSED had several hundred of these rounds, in addition to several hundred rounds of .50 caliber ammunition.

11. BLESSED told W-1 that he comes to that particular range during the week, in the middle of the day, because he would then be least likely to encounter other people at that time. W-1 said BLESSED told him he uses the thermal sight on his AK-47 for his "night time operations," and that he spoke about his "operations" like someone who is experienced in conducting military tactical operations. In addition, W-1 noted that BLESSED was wearing camouflage pants and a camouflage ball cap with a Velcro patch on the front that read "Hosts of Yahweh."

6

12.     BLESSED maintains a publicly viewable Facebook account utilizing display name

"Joshua Blessed."     BLESSED currently has approximately 428 followers on his Facebook page,

and has approximately 638 friends.   The following items of note were observed on BLESSED's

Facebook page:



**Joshua Blessed**
April 29, 2018

WARNING!
https://www.youtube.com/watch?v=-t_CITc-LCY
We godly do know what King Herod and Pontius Pilatus police did to our
Messiah, and today > KGB, CIA, FBI, "blue thug",..... are the same terrorist
servant of devil, killing / destroying a godly people from within as Judas Iscariot
did . ,....Thre are many today who sold their soul to Devil as Judas Iscariot. ....
Ace Baker is just one of many.
ENOUGH OF VAIN RELIGION!
Answer now; "Do you want to live and die for the king of heaven Yahweh of
hosts? Yes or No? "
Now recruiting for the Militia "hosts of Yahweh".
http://prophecyofyahweh.com/recruiting-heavenly-army



PROPHECYOFYAHWEH.COM
**NOW RECRUITING; for the Militia "hosts of יהוה / Yahweh"! -
Prophecy of Yahweh**

The above post, dated 4/29/18, corroborates statements made to W-1 in October, in addition to demonstrating BLESSED's attempt at recruiting a militia.



**Joshua Blessed**
May 3, 2018 · 🌐    ···

Shalom my brothers, this is Joshua Blessed the man of Yahweh. The king of heaven Yahweh of hosts ordered me in February 2018 to start Recruiting for His end-time hosts to build a godly Biblical brotherhood that together we shall live and die for our heavenly father Yahweh and for each other. .... for it is true love. Today most of US Militia is ungodly people bunch of worshiper of the Beast. And His godly men knowing and seeing that are not willing to join them. Therefore our heavenly father Yahweh shall gather His end-time elect to His Militia > "hosts of Yahweh ".

We know that time of great tribulation is at hand and most people shall die and descended to hellfire.. But we His people must be purified by this fire that all dross may be consumed in our lives and to make us pure and ready to see His face. For this reason, my redeemer Yahweh opened my eyes and cause me to love Him unto death. I speak the truth and lie not, that now I seek to die for my heavenly father Yahweh to be with Him. Read the Bible, the book of Revelation and you shall see it, if you are one of His.

My brother, together we are strong and bold as David, we need each other in this end time, let us build a godly brotherhood according to the Bible. We need each other spiritual warfare experience to be His overcomers and your experience and training in combat operations. Now share this website link with our brothers to reach others and to build His godly hosts! Amen.



The post above, dated 5/3/18, references "combat operations," which again is consistent with language BLESSED used during his encounter with W-1.



Joshua Blessed
June 25, 2018

Today June 25. 2018 about 2 pm, as I drove through NY on Gorge Washington bridge and watching people worked on the bridge, improving a security of it. The holy spirit said to me: "Do you see all that they are working on fortifying a bridge? They are fortifying in vain, for it shall be destroyed soon! " And then I asked: "how soon ?" And he replied to me; "soon !"
"he who has an ear to hear let him hear. ,.." Amen.



In June 2018, BLESSED posted the above photograph, again demonstrating his anticipation of a cataclysmic event in the U.S. and his apparent preparations for it.



**Joshua Blessed** shared a post.
July 12, 2018

WARNING TO PEOPLE OF SODOM & GOMORRAH!
The Civil War is coming to America and then Russian invasion on the east and
Chinese on the west.
Choose today for whom you shall live, fight and die. I choose as EliYah to live,
fight and die for God of the Bible Yahweh!
Or you choose to live, fight and die for "666-USA .gov " lover and defender of
these > 666/LGBT-Sodomites, to be with them in a hellfire.
" ..by their fruits, ye shall know them,.."... See More



In the post above from July 2018, BLESSED referenced the "coming Civil War" in America, and

warned of impending Russian and Chinese invasions.



**Joshua Blessed**
July 13, 2018

NOW RECRUITING; for the "hosts of Yahweh" !
http://prophecyofyahweh.com/recruiting-heavenly-army
P.S. It is much better for me to die as a godly man than to worship the Beast!



A day later, on July 13, 2018, BLESSED again posts a recruiting effort for his "Hosts of Yahweh"

militia, and provides a link to a website he maintains.



**Joshua Blessed**
September 15, 2018

I was waiting to make this video testimony since 2016,… For the spirit of Yahweh did not let me, for I was not ready to die yet at that time. The heavenly is so powerful that opened my eyes and caused me to walk on a new path and now I seek only to die as a man of Yahweh.
The Beast's servants vs man of Yahweh.



PROPHECYOFYAHWEH.COM
**The Beast's servants vs man of Yahweh. - Prophecy of Yahweh**
The Beast's servants vs man of Yahweh. I was waiting to make this video…

The above post from September 2018 references BLESSED'S willingness to die for his cause.


**Joshua Blessed**
January 13 · 🌐

WARNING TO ALL FLESH !
Most people are of Devil today, and they mocking and cursing and threatening
us > godly. Yes, I saw in the vision what they shall do to us ...The people of
Devil shall torture us (godly) until we gave up and worship their master the
Beast... You may torment us like this till we die ,.... but then a heavenly justice
for you, be ready for your turn to be tormented in hellfire for eternity... !Amen
and Amen.



*i*

YOUTUBE.COM
**THE AMERICAN'S "GESTAPO - BLUE LINE "
WILL TORTURED TILL YOU WORSHIP THE
BEAST!**
In my vision "The image of the Beast ", I saw the "...

The post shown above, from January of this year, provides a link to a Youtube video on
BLESSED's Youtube channel, with a reference to law enforcement as "American's 'Gestapo-Blue
Line.'"



**Joshua Blessed**
February 15 at 7:58 PM · 🌐

Shabbath shalom !
The king of heaven Yahweh of hosts, has sent me into the world to prepare the way before His return. ..
" Let all flesh repent of their wickedness,.. by returning to the only true and eternal One > Yahweh !" Amen.

I want to die for thee HWHYYahweh., for thou better than life.



PROPHECYOFYAHWEH.COM
**I want to die for thee Yahweh, for thou better than life. - Prophecy of Yahweh**

The post seen above from February 15, 2019, again references BLESSED'S willingness to die, and that he believes he has been sent into the world to prepare the way before "Yahweh's" return.



**Joshua Blessed**
February 25 at 9:31 AM

YAHWEH SHALL WAKE UP PEOPLE BY DEATH !
Daily I waiting for Civil War in the USA. Why ?
As long as our fleshly life is good; we have food, jobs, homes, family, health,...
pleasure of life...why we need God ? But the sword of Yahweh is coming and
shall take away our prosperity... Oh , then remnant shall wake up and will start
to seek His face, for death shall look in their eyes.
"...in their affliction they will seek me early. "
**************************************************... See More



The above post from February 25, 2019, BLESSED again warns of the impending civil war he

seems to expect is imminent.



**Joshua Blessed**
13 hrs

YAHWEH SHALL WAKE UP PEOPLE BY DEATH !
Daily I waiting for Civil War in the USA. Why ?
As long as our fleshly life is good; we have food, jobs, homes, family, health,...
pleasure of life...why we need God ? But the sword of Yahweh is coming and
shall take away our prosperity,... Oh , then remnant shall wake up and will start
to seek His face, for death shall look in their eyes.
"...in their affliction they will seek me early. "
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ... See More



Finally, the post above illustrates that BLESSED is "daily" expecting war to break out in the U.S. and that he seems to relish the idea.

13.    In December 2018, information provided by a source who has access to BLESSED'S "private social media pages" alleges that BLESSED is communicating with individuals from both Venezuela and Yemen on a regular basis. Both countries are considered high risk countries and are both currently experiencing violent political turmoil. Additionally, the

investigation has revealed that BLESSED has previously been involved in suspicious monetary exchanges with individuals in Ukraine and the Philippines.

14.    Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.  Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

15.    Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

16.    Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook

users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

17. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

18. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

19. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on

Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

20. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

21. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

22. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

23. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the

account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

24.    Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

25.    The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

26.    Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

27.    In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

28.    Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook uses the term "Group Contact Info" to

describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

29.    Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

30.    Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

31.    Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts

between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

32. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation.

33. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the

22

Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

34. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## CONCLUSION

35. Based on the forgoing, I respectfully request that the Court issue the proposed search warrant. Because the warrant will be served on Facebook who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## OATH

The information in this affidavit is true to the best of my knowledge and belief.

Respectfully submitted,

*s/Dino P. Cappuzzo*
Dino P. Cappuzzo
Task Force Officer
Federal Bureau of Investigation

Received by reliable electronic means and sworn and attested to by telephone on this __1st__ day of April 2019.

JOEL C. HOPPE
UNITED STATES MAGISTRATE JUDGE