CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
04/12/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:19-mj-00021 | Date and time warrant executed: 4/12/19 12:45 PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |

Inventory of the property taken and name(s) of any person(s) seized:

1) RECORDS ASSOCIATED WITH FACEBOOK ACCOUNT USERNAME "JOSHUA.BLESSED.9."

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/12/19

Dino Cappuzzo
Executing officer's signature

DINO CAPPUZZO - TFO
Printed name and title

Received in chambers by reliable electronic means on April 12, 2019.

Joel C. Hoppe
USMJ